# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2021 KW 1011

VERSUS

LONNIE BILBO

**OCTOBER 25, 2021**

---

In Re:    Lonnie Bilbo, applying for supervisory writs, 18th Judicial District Court, Parish of Iberville, No. 6483-95.

---

**BEFORE:    McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED AS MOOT.** The records of the Iberville Parish Clerk of Court's Office reflect that the district court acted on relator's "Motion for the Court to Take Judicial Notice of Law Pursuant to C.E. art. 202 A, B, and E" on or about April 1, 2021.

**PMc**
**JEW**
**MRT**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT